CORRECTED ORDER: NOVEMBER 22, 2013
NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**JEAN E. ENGLAND,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

2013-3164

Petition for review of the Merit Systems Protection Board in No. DC0841130178-I-1.

**ON MOTION**

**O R D E R**

The Office of Personnel Mangement moves for extensions of time until December 3, 2013 to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    ENGLAND v. OPM

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24